OSCN Found Document:RE REINSTATEMENT OF CREDENTIAL OF REGISTERED COURTROOM INTERPRETER

 

 
 

 
 RE REINSTATEMENT OF CREDENTIAL OF REGISTERED COURTROOM INTERPRETER
2020 OK 74
Decided: 09/21/2020
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 74, __ P.3d __

 

FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

RE: Reinstatement of Credential of Registered Courtroom Interpreter

ORDER

The Oklahoma Board of Examiners of Certified Courtroom Interpreters recommended to the Supreme Court of Oklahoma that the revoked credential of Cynthia Santiesteban be reinstated as she has satisfied all requirements, including the payment of all applicable fees and has made application to the Board of Examiners for reinstatement of her credential.
IT IS HEREBY ORDERED pursuant to 20 O.S., Chapter 23, App. III, Rule 10, that the credential of the named interpreter be reinstated from the revocation previously imposed by this Court.
DONE BY ORDER OF THE SUPREME COURT this 21st day of September, 2020.

/S/CHIEF JUSTICE
Gurich, C.J., Kauger, Winchester, Edmondson, Colbert, Combs, Kane and Rowe, JJ. Concur.
Darby, V.C.J., not voting.
Â